```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

SHUNDA STAMPLEY                                         PLAINTIFF

VS.                          CIVIL ACTION NO. 5:07-CV-153(DCB)(JMR)

FRED'S DOLLAR STORE
OF MISSISSIPPI, INC.                                    DEFENDANT

### ORDER OF REMAND

This cause having come before the Court <u>sua sponte</u> on the matter of subject matter jurisdiction, and the Court having found that it is without jurisdiction in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this action is remanded to the Circuit Court of Adams County, Mississippi.

SO ORDERED, this the  16th  day of February, 2008.


                                     s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE